```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ELIZABETH MATIS,             )
                             )
    Plaintiff,               )
                             ) Civil Action No. 04-716
         v.                  ) Judge Schwab
                             ) Magistrate Judge Caiazza
COMMISSIONER OF SOCIAL       ) In Re: Doc. 15
SECURITY,                    )
                             )
    Defendant.               )
```

## O R D E R

The Defendant shall file a response to the Plaintiff's Motion for Attorney Fees (Doc. 15) by August 29, 2005.


July 29, 2005              s/ Francis X. Caiazza
                           Francis X. Caiazza
                           U.S. Magistrate Judge



cc:
Paul Skirtich-AUSA

Greg Paul, Esq.
2500 Gulf Tower
Pittsburgh, PA 15219-1918

```
                                        Barbara J. Artuso, Esq.
                                        Quatrini, Rafferty & Galloway
                                        550 East Pittsburgh Street
                                        Greensburg, PA 15601
```